ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                             )
                                         )
Kellogg Brown & Root Services, Inc.      )        ASBCA No. 61246
                                         )
Under Contract No. DAAA09-02-D-0007      )

APPEARANCES FOR THE APPELLANT:           Jason N. Workmaster Esq.
                                         Alejandro L. Sarria Esq.
                                           Miller & Chevalier Chartered
                                           Washington, DC

                                         Raymond B. Biagini, Esq.
                                         John E. Hall, Esq.
                                           Covington & Burling, LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Scott N. Flesch, Esq.
                                           Chief Trial Attorney
                                         MAJ Abraham L. Young, JA
                                           Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 21, 2020

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
 of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61246, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated: April 21, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals